IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **EDWARD ROSS** § | |
|     **Plaintiff** § | |
| § | |
| **V.** § | **No. 4:15CV343** |
| § | |
| **STATE FARM LLOYDS** § | |
|     **Defendant** § | |

## ORDER

The above-referenced case was referred to the undersigned United States Magistrate Judge for pre-trial purposes in accordance with 28 U.S.C. § 636. Before the Court is the following pending motion:

**Plaintiff's Opposed Motion to Remand (Docket Entry # 7); and**

**Plaintiff's Binding Jurisdiction Amount Stipulation (Docket Entry # 6).[1]**

The Court, having considered the motion as well as Plaintiff's stipulation that Plaintiff's recovery is limited to an amount less than $75,000.00, and further considering Defendant State Farm Lloyds has not filed a response in opposition to the motion,[2] the Court is of the opinion the motion to remand should be **GRANTED**. Accordingly, it is hereby

    **ORDERED** that Plaintiff's Opposed Motion to Remand (Docket Entry # 7) is **GRANTED.**

It is further

---

[1] Plaintiff and his attorney jointly stipulate the total sum or value in controversy in this cause of action does not exceed $75,000.00, including all penalties and attorneys' fees, and neither Plaintiff nor his attorney will accept a judgment in an amount that exceeds $75,000.00.

[2] Pursuant to Local Rule CV-7, a party has fourteen (14) days in which to file a response to a motion. *See* Local Rule CV-6 (three days added to the prescribed period). Plaintiff filed his motion on June 18, 2015. Defendant has not filed a response in opposition to Plaintiff's motion. Local Rule CV-7(d) provides that in the event a party fails to oppose a motion in the manner prescribed, the Court will assume that the party has no opposition.

**ORDERED** the above-referenced cause of action is remanded to the 429th Judicial District Court, Collin County, Texas.

**SIGNED this 8th day of July, 2015.**

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE